IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEREMY CARY,

    Petitioner,

v.                                CASE NO. 5:13-cv-28-RS-GRJ

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 3). Petitioner has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C § 2241 (Doc. 1) is **DISMISSED**.

3. The Clerk is directed to close the file.

**ORDERED** on March 5, 2013.

                                       /S/ Richard Smoak
                                       **RICHARD SMOAK
                                       UNITED STATES DISTRICT JUDGE**